**William Terrence CROSS, Petitioner—
Appellant,**

v.

**Eric D. WILSON, Warden,
Respondent—
Appellee.**

No. 11–7275.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2011.

Decided: Nov. 18, 2011.

William Terrence Cross, Appellant Pro Se.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Terrence Cross, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cross v. Wilson,* No. 2:11–cv–00332–RBS–DEM (E.D.Va. July 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*